IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WARNER-YUNG KNICKREHM,　　　　　　　　　　　　　　CV. 05-429-MA

　　　　Petitioner,　　　　　　　　　　　　　　　　　ORDER
　v.

CHARLES A. DANIELS,

　　　　Respondent.

MARSH, Judge

　　Petitioner's motion for voluntary dismissal without prejudice (#8) is GRANTED.  This proceeding is DISMISSED, without prejudice.  All pending motions are DENIED AS MOOT.

　　IT IS SO ORDERED.

　　DATED this _8__ day of June, 2005.


　　　　　　　　　　　　　　　　　　_/s/  Malcolm F. Marsh_____
　　　　　　　　　　　　　　　　　　Malcolm F. Marsh
　　　　　　　　　　　　　　　　　　United States District Judge

1 -- ORDER